## UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| In re: DMCA Section 512(h) Subpoena to Course Hero, Inc. | Civil Action No. 3:20-mc-80070 AGT |

### SUBPOENA TO PRODUCE DOCUMENTS OR INFORMATION PURSUANT TO 17 U.S.C. § 512(h)

To: Course Hero, Inc., 2000 Seaport Blvd, Floor 3, Redwood City, California 94063, by and through its registered agent, Corporation Service Company, 251 Little Falls Drive, Wilmington, Delaware 19808

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See Exhibit A attached hereto.

| Place: | Sheppard, Mullin, Richter & Hampton LLP<br>379 Lytton Avenue, Palo Alto, CA 94301<br>Attn: Tenaya Rodewald,<br>TRodewald@sheppardmullin.com | Date and Time: | May 1, 2020 at 2:00PM PT |
|---|---|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: April 16, 2020

Susan Y. Soong
CLERK OF COURT

Gina Agustine

*Signature of Clerk or Deputy Clerk*

CLERK U.S. DISTRICT COURT
450 GOLDEN GATE AVE., BOX 36060
SAN FRANCISCO, CA 94102

The name, address, e-mail address, and telephone number of the attorney representing the American Institute of Certified Public Accountants, who issues or requests this subpoena, is: Tenaya Rodewald, Sheppard, Mullin, Richter & Hampton LLP, 379 Lytton Avenue, Palo Alto, CA 94301 trodewald@sheppardmullin.com, 650-815-2600.

PPAB 5529200v2.docx